**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**CHRISTOPHER WAYMAN**                                            **PLAINTIFF**
**#147789**

**V.**                              **No. 4:26-CV-120-DPM**

**HOMEWAY LLC, CEO/President**                              **DEFENDANT**

**ORDER**

**1.**    The Court withdraws the reference.

**2.**    Wayman didn't file a second amended complaint; and the time to do so has passed.  *Doc. 10.*  His amended complaint will therefore be dismissed without prejudice.  LOCAL RULE 5.5(c).  An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

4 June 2026