**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**CHRISTOPHER WAYMAN**                                    **PLAINTIFF**
**#147789**

**V.**                        **No. 4:26-cv-120-DPM**

**HOMEWAY LLC, CEO/President**                        **DEFENDANT**

**JUDGMENT**

Wayman's amended complaint is dismissed without prejudice.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

4 June 2026